PROB 22
(TXN Rev. 5/05)

# TRANSFER OF JURISDICTION

FILED NOV 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| CASE NUMBER (TRANS.COURT) | | 1:03-CR-023-C(01) |
| CASE NUMBER (REC.COURT) | | 07CR50061 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Carlos Estrada | Northern District of Texas | Abilene |

NAME OF SENTENCING JUDGE
U.S. District Judge Sam R. Cummings

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM July 6, 2007 | TO July 5, 2012 |
|---|---|---|

*(Stamp: NORTHERN DISTRICT OF TEXAS FILED NOV 15 CLERK, U.S. DISTRICT)*

**OFFENSE**
Possession With Intent to Distribute More Than 100 Kilograms But Less Than 1,000 Kilograms of a Mixture and Substance Containing a Detectable Amount of Marijuana, a Schedule I Controlled Substance, in violation of 21 USC § 841(a)(1) & (b)(1)(B)(vii)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **TEXAS/ABILENE DIVISION**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the <u>Northern District of Illinois, Rockford Division</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-29-07
Date

_____
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **ILLINOIS/ROCKFORD DIVISION**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Certified a true copy of an instrument on file in my office on 11-19-07
Clerk, U.S. District Court,
Northern District of Texas
By M Elliott  Deputy

11/07/07
Effective Date

_____
U.S. District Judge
Frederick J. Kapala, Rockford

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 1 2 2003
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. _____ |
| | § | |
| CARLOS ESTRADA | § | 1-03.CR-023-C |

The Grand Jury Charges:

### COUNT 1
**Possession with Intent to Distribute More than 100 kg of Marihuana**
**(Violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii))**

On or about February 27, 2003, in the Abilene Division of the Northern District of Texas, and elsewhere, **Carlos Estrada**, defendant, did intentionally and knowingly possess with intent to distribute more than 100 kilograms, but less than 1000 kilograms, of a mixture and substance containing a detectable amount of Marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii).

Certified a true copy of an instrument on file in my office on 11-19-07
Clerk, U.S. District Court,
Northern District of Texas
By M Elliott _____ Deputy

A TRUE BILL:

_Ernest Lee Stafford_
FOREMAN

JANE J. BOYLE
UNITED STATES ATTORNEY

_Jeffrey R. Haag_
Jeffrey R. Haag
Assistant United States Attorney
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel:   806.472.7559
Fax:   806.472.7394

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

CARLOS ESTRADA

INDICTMENT

21 U.S.C. § 841(a)(1), (b)(1)(A)(vii)

Possession with Intent to Distribute More than 100 kg of Marihuana

(1 COUNT)

A true bill,

Lubbock _____Ernest Lee Stafford_____ Foreman

Filed in open court this ____ day of _____,
A.D. 2003

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY

_____
UNITED STATES MAGISTRATE JUDGE

Complaint #1:03-M-024 filed 02/28/03

AO 245 S (Rev. 1/01) Sheet 1 - Judgment in a Criminal Case

# United States District Court
### Northern District of Texas
### Abilene Division

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
     AUG 2 2 2003
CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

UNITED STATES OF AMERICA

v.

CARLOS ESTRADA
   Defendant.

Case Number: 1:03-CR-0023-01-C

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, CARLOS ESTRADA, was represented by Shery Kime-Goodwin.

The defendant pleaded guilty to count 1 of the indictment filed on 03/12/2003. Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
|---|---|---|---|
| 21 USC § 841(a)(1) & (b)(1)(B)(vii) | Possession With Intent to Distribute More Than 100 Kilograms But Less Than 1,000 Kilograms of a Mixture and Substance Containing a Detectable Amount of Marijuana, a Schedule I Controlled Substance | 02/27/2003 | 1 |

As pronounced on 08/22/2003, the defendant is sentenced as provided in pages 1 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for count 1, which shall be due immediately. Said special assessment shall be made to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Signed this the __22nd__ day of August, 2003.

                             DISTRICT JUDGE SAM R. CUMMINGS
                             UNITED STATES DISTRICT COURT

*had a true copy of an instrument
filed in my office on 11-19-07
Clerk, U.S. District Court,
Northern District of Texas
   m Elliott               Deputy*

Defendant's SSN: 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
Defendant's Date of Birth: 11/10/1963
Defendant's Address: 3326 Potter, Rockford, IL 61109
Defendant's USM No: 30285-177

AO 245 S (Rev. 01/01) Sheet 2 - Imprisonment

Defendant: CARLOS ESTRADA
Case Number: 1:03-CR-0023-01-C

Judgment--Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 months.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 1/01) Sheet 3 - Supervised Release

Defendant: CARLOS ESTRADA
Case Number: 1:03-CR-0023-01-C

Judgment--Page 3 of 4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.
☒ The defendant shall not possess a firearm, destructive device or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Fine and Restitution sheet of the judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 01/01) Sheet 3a - Supervised Release

Defendant: CARLOS ESTRADA  
Case Number: 1:03-CR-0023-01-C

Judgment--Page 4 of 4

## SPECIAL CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1. The defendant shall provide to the U.S. Probation Officer complete access to all business and personal financial information.

CLOSED

# U.S. District Court
## Northern District of Texas (Abilene)
### CRIMINAL DOCKET FOR CASE #: 1:03-cr-00023 All Defendants
### Internal Use Only

Case title: USA v. Estrada  
Magistrate judge case number: 1:03-mj-00024

Date Filed: 03/12/2003

Assigned to: Sam R Cummings

**Defendant**

**Carlos Estrada** (1)  
*TERMINATED: 08/22/2003*

represented by **Sherylynn A Kime-Goodwin**  
Federal Public Defender  
Federal Building  
1205 Texas Avenue  
Room 506  
Lubbock, TX 79401  
806/472-7236  
Fax: 806/472-7241 FAX  
Email: shery_kime-goodwin@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:841(a)(1),(b)(1)(B)(vii)  
POSSESSION WITH INTENT TO  
DISTRIBUTE MORE THAN 100 kg of  
MARIJUANA  
(1)

**Disposition**

Def committed to custody of USBOP for term of 60 months; S/R for term of five years; No fine or restitution; $100.00 MSA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

Certified a true copy of an instrument on file in my office on 11-19-07  
Clerk, U.S. District Court,  
Northern District of Texas  
By  m. elliott  Deputy

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841(a)(1) and (b)(1)(B)(vii)
POSSESSION WITH INTENT TO
DISTRIBUTE 100 KILOGRAMS OR
MORE OF MARIHUANA

**Disposition**

**Plaintiff**

USA   represented by **Jeffrey R Haag**
US Attorney's Office
1205 Texas Ave
7th Floor
Lubbock, TX 79401
806/472-7351
Fax: 806/472-7394 FAX
Email: jeffrey.haag@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2003 | | Arrest of Carlos Estrada (tko, )[1:03-mj-00024] (Entered: 03/03/2003) |
| 02/28/2003 | 1 | COMPLAINT as to Carlos Estrada (1). (tko, )[1:03-mj-00024] (Entered: 03/03/2003) |
| 02/28/2003 | 2 | Arrest Warrant Returned Executed on 2/27/03 as to Carlos Estrada. (tko, )[1:03-mj-00024] (Entered: 03/03/2003) |
| 02/28/2003 | 3 | Minute Entry for proceedings held before Judge Billy W Boone :Initial Appearance as to Carlos Estrada; dft to be detained and transported to Lubbock for further proceedings; preliminary hearing and detention hearing set for 3/5/03 10:00 a.m. (Tape [1:03#1:03-mj-24.) (tko, )[1:03-mj-00024] (Entered: 03/03/2003) |
| 02/28/2003 | | Set/Reset Hearings as to Carlos Estrada : Detention Hearing set for 3/5/2003 10:00 AM before Nancy M Koenig. Preliminary Examination set for 3/5/2003 10:00 AM before Nancy M Koenig. (tko, )[1:03-mj-00024] (Entered: 03/03/2003) |
| 02/28/2003 | 4 | CJA 23 Financial Affidavit by Carlos Estrada (tko, )[1:03-mj-00024] (Entered: 03/03/2003) |
| 02/28/2003 | 5 | MOTION for Pretrial Detention and Continuanceby USA as to Carlos Estrada (tko, )[1:03-mj-00024] (Entered: 03/03/2003) |

| | | |
|---|---|---|
| 02/28/2003 | 6 | INITIAL APPEARANCE ORDER AND ORDER SETTING PRELIMINARY EXAMINATION as to Carlos Estrada : Detention Hearing set for 3/5/2003 10:00 AM before Nancy M Koenig. Preliminary Examination set for 3/5/2003 10:00 AM before Nancy M Koenig. (Signed by Judge Bi[1:03lly W Boone on 2/28/03) (tko, )[1:03-mj-00024] (Entered: 03/03/2003) |
| 03/03/2003 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Carlos Estrada. Sherylynn A Kime-Goodwin for Carlos Estrada appointed. (Signed by Judge Nancy M Koenig on 3/3/03) (tko, )[1:03-mj-00024] (Entered: 03/04/2003) |
| 03/04/2003 | 8 | MOTION for continuance of detention hearing and preliminary examination by Carlos Estrada with Brief. (tko, )[1:03-mj-00024] (Entered: 03/04/2003) |
| 03/04/2003 | 9 | ORDER granting 8 Motion to Continue as to Carlos Estrada (1); detention hearing and preliminary examination reset for 3/12/03 (Signed by Judge Nancy M Koenig on 3/4/03) (tko, )[1:03-mj-00024] (Entered: 03/04/2003) |
| 03/04/2003 |  | Set/Reset Hearings as to Carlos Estrada : Detention Hearing set for 3/12/2003 10:00 AM before Nancy M Koenig. Preliminary Examination set for 3/12/2003 10:00 AM before Nancy M Koenig. (tko, )[1:03-mj-00024] (Entered: 03/04/2003) |
| 03/05/2003 | 10 | NOTICE OF ATTORNEY APPEARANCE by Sherylynn A Kime-Goodwin appearing for Carlos Estrada (tko, )[1:03-mj-00024] (Entered: 03/06/2003) |
| 03/11/2003 | 11 | WAIVER of Preliminary Examination by Carlos Estrada (tko, )[1:03-mj-00024] (Entered: 03/12/2003) |
| 03/11/2003 |  | WAIVER of Detention Hearing by Carlos Estrada (tko, )[1:03-mj-00024] (Entered: 03/12/2003) |
| 03/12/2003 | 12 | ORDER terminating 5 Motion to Continue as to Carlos Estrada (1); granting 5 Motion for Detention as to Carlos Estrada (1; dft filed written waiver of detention hearing; ordered that dft be detained w/o bond pending trial (Signed by Judge Nancy M [1:03Koenig on 3/12/03) (tko, )[1:03-mj-00024] (Entered: 03/12/2003) |
| 03/14/2003 | 13 | INDICTMENT as to Carlos Estrada (1) count(s) 1. (mje, ) (Entered: 03/14/2003) |
| 03/14/2003 | 14 | ORDER as to Carlos Estrada : Arraignment set for 3/26/2003 10:00 AM before Nancy M Koenig. (Signed by Judge Nancy M Koenig on 03/14/03) (mje, ) (Entered: 03/17/2003) |
| 03/24/2003 | 15 | MOTION for Discovery, MOTION to Inspect by Carlos Estrada with Brief in Support. (mje, ) (Entered: 03/24/2003) |
| 03/24/2003 | 16 | MOTION for Discovery, MOTION to Inspect under Rule 16(a)(1)(G) by Carlos Estrada with Brief in Support. (mje, ) (Entered: 03/24/2003) |

| | | |
|---|---|---|
| 03/24/2003 | 17 | MOTION for Discovery - Extraneous Acts by Carlos Estrada (mje, ) (Entered: 03/24/2003) |
| 03/25/2003 | 18 | ORDER granting 17 Motion for Discovery as to Carlos Estrada (1) (Signed by Judge Sam R Cummings on 03/25/03) (mje, ) (Entered: 03/25/2003) |
| 03/25/2003 | 19 | ORDER granting 15 Motion for Discovery as to Carlos Estrada (1); granting 15 Motion to Inspect as to Carlos Estrada (1); granting 16 Motion for Discovery as to Carlos Estrada (1); granting 16 Motion to Inspect as to Carlos Estrada (1); Govt should make discovery and give inspection w/n 5 days from date hereof; (Signed by Judge Sam R Cummings on 03/25/03) (mje, ) (Entered: 03/25/2003) |
| 03/26/2003 | 20 | Minute Entry for proceedings held before Judge Nancy M Koenig :Arraignment as to Carlos Estrada (1) Count 1 held on 03/26/03. Not guilty plea entered by Def; trial set for 5-5-03(Tape #1278 (4401-5250).) (mje, ) (Entered: 03/26/2003) |
| 03/26/2003 | 21 | PRETRIAL NOTICE AND SCHEDULING ORDER as to Carlos Estrada : Jury Trial set for 5/5/2003 09:00 AM before Sam R Cummings. (Signed by Judge Sam R Cummings on 03/26/03) (mje, ) (Entered: 03/26/2003) |
| 03/27/2003 | 22 | MOTION for Discovery by USA as to Carlos Estrada with Brief in Support. (mje, ) (Entered: 03/27/2003) |
| 03/28/2003 | 23 | ORDER granting 22 Motion for Discovery as to Carlos Estrada (1) (Signed by Judge Sam R Cummings on 03/28/03) (mje, ) (Entered: 03/31/2003) |
| 05/29/2003 | 24 | Minute Entry for proceedings held before Judge Sam R Cummings :Rearraignment Hearing as to Carlos Estrada held on 05/29/03. Def entered guilty plea; oral order for PSI(Court Reporter Mechelle Daniel.) (mje, ) (Entered: 05/29/2003) |
| 05/29/2003 | 25 | PLEA AGREEMENT as to Carlos Estrada (mje, ) (Entered: 05/29/2003) |
| 05/29/2003 | 26 | Factual Resume as to Carlos Estrada (mje, ) (Entered: 05/29/2003) |
| 05/29/2003 | 27 | ORDER as to Carlos Estrada : PSR to be disclosed w/n 35 working days from date hereof; Govt to advise Probation regarding restitution w/n 5 days; (Signed by Judge Sam R Cummings on 05/29/03) (mje, ) (Entered: 05/29/2003) |
| 07/17/2003 | 28 | Sentencing Scheduling Order as to Carlos Estrada : Objections to Presentence Investigation Report due by noon on 8/1/2003. Objections to Presentence Investigation Addendum due by noon on 8/8/2003. Sentencing set for 8/22/2003 08:30 AM before Sam R Cummings. (Signed by Judge Sam R Cummings on 07/17/03)ccL attys of record, USPO/Ab, DUSM/Ab (mje, ) (Entered: 07/18/2003) |
| 08/22/2003 | 29 | Minute Entry for proceedings held before Judge Sam R Cummings : Sentencing held on 8/22/2003 for Carlos Estrada (1), Count(s) 1, Def committed to custody of USBOP for term of 60 months; S/R for term of five years; No fine or restitution; $100.00 MSA. Def remanded to custody; |

|            |     |                                                                                                                                                                                                                                                                                                                                           |
|------------|-----|---|
|            |     | (Court Reporter Mechelle Daniel.) (mje, ) (Entered: 08/22/2003) |
| 08/22/2003 | 30  | JUDGMENT Carlos Estrada (1), Count(s) 1, Def committed to custody of USBOP for term of 60 months; S/R for term of five years; No fine or restitution; $100.00 MSA (Signed by Judge Sam R Cummings on 08/22/03)cc: AUSA FPD USPO/Ab DUSM/Ab (mje, ) (Entered: 08/22/2003) |
| 08/22/2003 |     | Terminated Def Carlos Estrada and closed case (mje, ) (Entered: 08/22/2003) |
| 10/29/2007 | 31  | *SEALED* Sealed Document (mje) (Entered: 10/29/2007) |
| 11/15/2007 | 32  | ORDER TRANSFERRING PROBATION JURISDICTION as to Carlos Estrada pursuant to 18 USC 3605 with the records of transferring court to the US District Court for Northern District of Illinois/Rockford Division from Northern District of Texas/Abilene Division upon order accepting jurisdiction. (Signed by Judge Sam R Cummings on 11/15/07) (mje) (Entered: 11/19/2007) |
| 11/19/2007 | 33  | Supervision Release Jurisdiction Transferred to Northern District of Illinois as to Carlos Estrada. Transmitted Transfer of Jurisdiction form with certified copies of indictment, judgment and docket sheet. (mje) Additional attachment(s) added on 11/19/2007 (Elliott, Marsha). (Entered: 11/19/2007) |

```
************************************************************************
RUN ON 11/19/07                   FEDERAL COURT SYSTEMS                           PAGE: 1
                              NORTHERN DISTRICT OF TEXAS
                                 CASE INQUIRY REPORT
************************************************************************

CASE NO: 1:03-CR-023-01    TITLE: USA VS Carlos Estrada

   DEFENDANT #              ORDERED AMOUNT    AMOUNT PAID    BALANCE DUE
1  Estrada, Carlos                 100.00         100.00          0.00
                                  -------        -------         -----
                                   100.00         100.00          0.00

                                                                DEFENDANT
TRANSACTION RECEIPT/   RECEIPT/   INCREASE/    TYPE OF  ACCOUNT PAYEE/BANK                                  PAYMENT TYPE
            VOUCHER    VOUCHER    (DECREASE)   TRANS-   NUMBER  NUMBER                                                                OTHER
            NUMBER     DATE       CASE BAL     ACTION

RECEIVED    80100008433 02/25/04     25.00       TR     504100      1                          ACCOUNT         MSA - Mand. Sp Assessment   25.00
RECEIVED    80100008832 05/27/04     25.00       TR     504100      1                          504100                                      25.00
RECEIVED    80100009010 08/11/04     25.00       TR     504100      1                                                                      25.00
RECEIVED    80100009128 08/11/04     25.00       TR     504100      1                                                                      25.00

********** CASE SUMMARY **********
TOTAL CASE BALANCE:                        100.00

BALANCE IN U.S. TREASURY:                                                       U.S.
CASE DEPOSITORY MAINT. BALANCE :                                                TREASURY            0.00
                                                                                                    0.00
BALANCE IN COMMERCIAL BANKS:
CASE DEPOSITORY MAINT. BALANCE :                                                COMMERCIAL          0.00
                                                                                BANKS               0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                                     100.00

TYPE OF TRANSACTION:
AD: ADJUSTMENT           AJ: ADJUSTMENT           BV: BANK VOUCHER       CH: CASH
BD: DIRECT BANK DEPOSIT  BT: BANK TRANSFER        CC: CREDIT CARD        CR: CASE REFUND
CK: CHECK                CL: COLLATERAL           CN: CONVERSION         FF: FORFEITURE
CV: CASE VOUCHER         DW: DIRECT WITHDRAWL     DV: DEBIT VOUCHER      VD: VOID
I : INTEREST             MO: MONEY ORDER          TR: TRANSFER
```

Certified a true copy of an instrument on file in my office on 11-19-07
Clerk, U.S. District Court, Northern District of Texas
By M Elliott                Deputy

# United States District Court
# Northern District of Texas
# Office of the Clerk

Abilene Division
341 Pine Street Room 2008
Abilene, TX 79601-5928

Nov 19, 2007

U. S. District Court
Northern District of Illinois/Rockford Division
211 South Court Street
Rockford, Illinois 61101

SUBJECT: USA v. Carlos Estrada (Our Case No. 1:03-CR-023-C)

Dear Clerk

Pursuant to the Transfer of Jurisdiction of the above named defendant      Carlos Estrada      ,

to the      NDIL/Rockford Division      , please find the enclosed certified copies of the following:

1. Transfer of Jurisdiction
2. Indictment
3. Judgment and Commitment Order
4. Docket Entries

Please acknowledge receipt of the above on the enclosed copy of this letter to be returned to this office in the envelope also provided.

Sincerely,
KAREN MITCHELL
*Clerk of Court*

Marsha Elliott  *M Elliott*
*(By) Deputy Clerk*

Enclosures