# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Western Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                      Case No.: 3:07−cr−50061
                                    Honorable Frederick J. Kapala

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 5, 2007:

      MINUTE entry before Judge Frederick J. Kapala as to Carlos Estrada: Status hearing on defendant's transfer of jurisdiction set for 12/14/2007 at 09:00 AM. Probation Officer and defendant to appear.Telephoned notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.